# United States Court of Appeals
## For the First Circuit

No. 15-1571

FLOVAC, INC.,

Plaintiff - Appellant,

v.

AIRVAC, INC.; MARK JONES, President,

Defendants - Appellees,

XYZ INSURANCE COMPANIES; JOHN DOE; RICHARD DOE,

Defendants.

### ORDER OF COURT

Entered: October 16, 2015
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellant Flovac, Inc. on October 13, 2015 is not in compliance with the following Administrative Order of this Court:

- **Administrative Order Regarding CM/ECF, Rule 1**, requiring that documents must be formatted for electronic filing by converting the original word processing document into Portable Document Format ("PDF"). PDF images created by scanning paper documents do not comply with this order. *The brief may not be scanned. It must be converted directly from the word processing program into a PDF document.*

Appellant Flovac, Inc. is ordered to file a conforming brief by **October 23, 2015**. The corrected brief must be served on opposing counsel. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Roberto E. Ruiz-Comas
David M. Schiffman
John W. Treece
Ineabelle Santiago-Camacho
Rafael Escalera-Rodriguez
Courtney Ann Hoffmann
Zachary A. Madonia